IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cr-00392-RBJ

UNITED STATES OF AMERICA ,

    Plaintiff,

v.

GALEN ALAN JENKINS,

    Defendant.
_____

### ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's Unopposed Motion for Furlough to Attend Father's Funeral Service Pursuant to 28 C.F.R. § 551.109 and 18 U.S.C. § 3142 [#28] (the "Motion").  A hearing was held on the Motion on February 17, 2016.  The Court being fully advised,

    IT IS HEREBY **ORDERED** that the Motion is **granted** as follows:

    (1) Defendant shall be furloughed from the Federal Detention Center at FCI Englewood, 9595 W. Quincy Avenue, Littleton, Colorado, from 8:00 a.m. until 5:00 p.m. on February 18, 2016 to attend the funeral service of his father.

    (2) The United States Probation Office shall place an ankle monitor on defendant before he is released on furlough and shall remove the ankle monitor at the completion of his furlough.  The ankle monitor shall enable GPS tracking of the defendant during the furlough.

    (3) Counsel for the defendant shall provide the United States Probation Office with the route the defendant will travel to and from the funeral while on furlough sufficiently in advance to permit GPS tracking of the defendant while on furlough.

    (4) In the event that the defendant fails to return to the Federal Detention Center at FCI Englewood at 5:00 p.m. on February 18, 2016, a warrant shall be issued for his arrest.

    Dated:  February 17, 2016